[No. 5244.]

## M. REESE v. WM. CORCORAN ET AL.

JUDGMENT ON THE FINDINGS.—No judgment can properly be entered when the Court finds both for the plaintiff and the defendant on a material issue.

APPEAL from the District Court, Fourth Judicial District, City and County of San Francisco.

Ejectment to recover a lot in San Francisco. The complaint alleged that the defendants had ousted the plaintiff, and that they were in possession. The answer denied the allegations. The Court rendered judgment for the defendants, and the plaintiff appealed. The other facts are stated in the opinion.

*Crane & Boyd* and *W. W. Cope*, for the Appellant.

*B. S. Brooks* and *Wm. Leviston*, for the Respondent.

By the COURT:

The findings in this case are to the effect: First, that the defendants were in possession; second, that they were not in possession of the premises sued for. No judgment could properly be entered upon such a contradiction in the findings.

Judgment and order denying a new trial reversed, and cause remanded for a new trial. Remittitur forthwith.